IN THE U.S. DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

MELROSE PLACE TENNESSEE GENERAL
PARTNERSHIP,

    Plaintiff,

    Plaintiff,

v.                                                           Case No. 3:12-CV-363-TAV-CCS

HANOVER INSURANCE COMPANY

    Defendant

    Defendant.

## AGREED ORDER OF DISMISSAL

COME the parties, through their attorneys, and announce to the Court that all matters in controversy in this litigation have been settled and compromised by the parties. Accordingly, it is,

ORDERED, ADJUDGED and DECREED that any and all claims of Plaintiff against the Defendant which are included or includable in this case be and the same hereby are dismissed on the merits with full and final prejudice to the re-filing of same. Further, it is

ORDERED, ADJUDGED and DECREED that Plaintiff shall not be entitled to and shall not recover any discretionary costs pursuant to the Federal Rules of Civil Procedure.

ENTERED this 5th day of November, 2013.

                                          s/ Thomas A. Varlan
                                          CHIEF UNITED STATES DISTRICT JUDGE

AGREED TO:

LONG, RAGSDALE & WATERS, P.C.

 /s/ C. Paul Harrison (w/permission)
C. Paul Harrison, #012102
Long, Ragsdale & Waters, P.C.
1111 Northshore Drive, Suite S-700
Knoxville, Tennessee  37919-4074
(865) 584-4040

Attorneys for Plaintiff

DICKINSON WRIGHT PLLC

   /s/  John E. Anderson, Sr.
John E. Anderson, #13698
Jonathan R. Patton, #31260
424 Church Street, Suite 1401
Nashville, TN 37219
(615) 244-6538

Attorneys for Defendant

NASHVILLE 38411-319 471397v1